UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ANTHONY BURKE, JR and<br>LINDA BURKE<br><br>           Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br>f/k/a Sallie Mae,<br><br>           Defendant. | Case No. JFM-15-3729 |

## [PROPOSED] ORDER

Upon consideration of the parties' Consent Motion to Stay Pending Arbitration, it is, this ___ day of February, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

The Consent Motion to Stay Pending Arbitration is GRANTED; and
*and administratively closed*
This case is STAYED and the parties SHALL ARBITRATE their dispute.

_____
Hon. J. Frederick Motz
United States District Judge